1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  JONATHAN C. ROLNICK, State Bar #151814
   Deputy City Attorney
4  1390 Market Street, Fifth Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-3815
   Facsimile:    (415) 554-4248
6  E-Mail:       jonathan.rolnick@sfgov.org

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS BOWER, | Case No. CV 14-02239SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SFMTA, | |
| Defendant(s). | |

Plaintiff Thomas Bower, appearing *pro se*, filed this action on May 14, 2014. At that time, the Court issued an initial scheduling order which, among other things, set a case management conference for August 15, 2014.

Bower did not serve the complaint until July 7, 2014 and the City filed an answer on July 28, 2014. Given the delay in service, the parties have not had sufficient time to satisfy the requirements of of the initial scheduling order such as compliance with the meet and confer requirements under Federal Rule 26(f) or ADR certification under Civil Local Rule 16-8(b). Nor are the parties prepared to prepare and file a joint case management conference statement by August 8, 2014 as required by the scheduling order.

According, **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, that the August 14, 2014 case management be continued 63-days to October 16, 2014, or as soon thereafter as the conference may be scheduled, to provide the parties with additional time to prepare for the initial case management conference. The parties further seek a corresponding extension of the other dates set forth in the May 14, 2014 initial scheduling order.

Dated: August 1, 2014

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
JONATHAN ROLNICK
Deputy City Attorney


By:_____/s/_____
      JONATHAN ROLNICK

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: August 01, 2014

By:_____
      THOMAS BOWER
      Plaintiff *pro se*

STIP. AND PROPOSED ORDER                        2                    n:\labor\li2014\150036\00946252.doc
CASE NO.  CV 14-02239SI

1  **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

2

3  For good cause appearing, the case management currently set for August 14, 2014 is hereby

4  continued to October 17, 2014 at 2:30 p.m.  The dates set forth in the Court's May 14, 2014 initial

5  scheduling order are also extended 63-days to provide additional time for the parties to satisfy their

6  obligations set forth therein.  The parties shall submit a joint case management conference statement

7  no later than seven days before the October 17, 2014 conference.

8  Dated: August 4, 2014

9  *[signature: Susan Illston]*

    JUDGE SUSAN ILLSTON
10   United States District Court