IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BOWER, | No. C 14-02239 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 6, 2015 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 1, 2015.

DESIGNATION OF EXPERTS: 7/20/15; REBUTTAL: 8/3/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 28, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by June 5, 2015;

    Opp. Due June 19, 2015;  Reply Due June 26, 2015;

    and set for hearing no later than July 10, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 29, 2015 at 3:30 PM.

JURY TRIAL DATE: October 13, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall provide a copy of the proposed amended complaint to defense by 11/14/14.

Plaintiff shall also provide a copy of his chronology of EEOC record to defense.

The Court's ADR Dept. shall set up a phone conference and arrange for and ADR process, which shall be completed by the end of January 2015.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:  10/20/14

    SUSAN ILLSTON
    United States District Judge