DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JENICA D. MALDONADO, State Bar #266982
Deputy City Attorney
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3915
Facsimile:    (415) 554-4248
E-Mail:       jenica.maldonado@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SFMTA

THOMAS BOWER, *PRO SE*
P. O. Box 1373
El Granada, CA  94018
(650) 888-3551

PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BOWER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SFMTA,<br><br>    Defendant(s). | Case No. CV 14-02239SI<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>[Fed. R. Civ. Proc. 41]<br><br>Action Filed:     May 14, 2014<br>Trial Date:       October 13, 2015 |

1     **IT IS HEREBY STIPULATED**, by and between Plaintiff Thomas Bower ("Plaintiff"),
2 appearing *pro se*, and Defendants City and County of San Francisco and SFMTA ("Defendants"),
3 through its counsel, that all of Plaintiff's claims against Defendants in the above-captioned action be
4 and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each
5 party agrees to bear their own costs and fees.

6     **IT IS SO STIPULATED.**

7
8 Dated: March 18, 2015

                                            DENNIS J. HERRERA
                                            City Attorney
                                            ELIZABETH S. SALVESON
                                            Chief Labor Attorney
                                            JENICA D. MALDONADO
                                            Deputy City Attorney

                                            By: /s/ Jenica D. Maldonado
                                                  JENICA D. MALDONADO

                                            Attorneys for Defendants
                                            CITY AND COUNTY OF SAN FRANCISCO; SFMTA

Dated: March 18, 2015

                                            THOMAS BOWER
                                            In Pro Per

STIPULATION OF DISMISSAL                          1
AND [PROPOSED] ORDER
CASE NO. CV 14-02239SI

## ORDER

**IT IS HEREBY ORDERED** that all of Plaintiff Thomas Bower's claims in the above-captioned action against the Defendants City and County of San Francisco and SFMTA are dismissed with prejudice. Each party shall bear their own costs and fees.

Dated: March __20__, 2015



HONORABLE SUSAN ILLSTON
United States District Court Judge